UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSOVILLE DIVISION

**UNITED STATES OF AMERICA**
      **Plaintiff,**

Case no.: 3:11-CR-5-J-20JRK

vs.

**JASON COLE VOTROBEK,**
      **Defendant.**
_____/

## DEFENDANT JASON VOTROBEK TRIAL BRIEF

COMES NOW, the Defendant Jason Cole Votrobek, by and through undersigned counsel, and pursuant to order of the Court, files this trial brief.

## INTRODUCTION

On October 12, 2011, the Government returned an indictment against the Defendant, Jason Cole Votrobek, alleging that the Defendant along with thirteen other indicted co-conspirators, conspired to distribute and dispense controlled substances in violation of 21 U.S.C §§ 846 and 841(b)(1)(C), 841(b)(1)(D). Specifically, the indictment provides in Count One that the Defendants were involved in a scheme to distribute Oxycodone, a prescription drug and designated Schedule II controlled substance, without a legitimate medical purpose. In Count Two, the Defendant is not charged. In Count Three, the indictment charges that the Defendants conspired to launder the proceeds from the sale of Oxycodone, in violation of Title 18 U.S.C. §§ 1956 and 1957.

The conspiracy, according to the Government, is alleged to have begun on or about December 2009 and ended on or about July 29, 2010. The twenty-three page superseding indictment covers a span of eight (8) months, fourteen indicted individuals including: Krystopher

Legg, Zachary Rose, Donald Hall, Todd Perla, Marc Tafflin, Anthony Posca, Eldon Brandt, Ryan Young, Yevgeny Drubetskoy, Theodore Enquist, Brian Goldberg, Jason Votrobek, and Teresa Faulkner, and charges that Defendants used three (3) separate clinics in their schemes. However, the Government does not detail the dates of operation of each clinic or further specifies to which Defendants are alleged to have committed which acts. The Indictment classifies Mr. Votrobek as an owner in Jacksonville Pain and Urgent Care as well as a manager in both Jacksonville Pain and Urgent Care and Duval Wellness.

## BACKGROUND

Mr. Votrobek and Mr. Rose are both long time residents of Indian River County, Vero Beach, Florida and knew each other for some time prior to the opening of Jacksonville Pain. Mr. Votrobek did not know any of the other individuals indicted prior to the opening of Jacksonville Pain.

In an effort to provide the Court with a better understanding as to Mr. Votrobek's alleged role, it is pertinent to outline the dates and locations of the three clinics named in this Indictment. The First is Jacksonville Pain and Urgent Care, located on Cassat Ave, which opens on or about December 14, 2009. The clinic is at least the second clinic opened by Zachary Rose, who at the time also owns a clinic in Broward County. Mr. Rose brings in two people to assist with opening and funding his new project. Jenna Crawley, who waived indictment, was charged by information and pled guilty and is awaiting sentencing in this case, was given twenty five percent (25%) ownership. Jason Votrobek, likewise bought in with a twenty five percent (25%) ownership; Mr. Rose, thereby possessing the remaining fifty percent of the clinic. Jacksonville Pain relocated under the direction of Mr. Rose, and over the course of a weekend reopened on 48th Street on or about April 1st 2010, under the new name of Duval Wellness. Mr. Votrobek had

absolutely no involvement in or association with Duval Wellness. Sometime in February of 2010, Mr. Rose opened First Coast Pain located on Normandy Boulevard.

Defendant filed a Bill of Particulars in attempt to decipher the vague allegations against Mr. Votrobek. In response to this Motion the Government has conceded that Mr. Votrobek's participation in the only clinic in which he was ever associated with, Jacksonville Pain, ended on or before April 1, 2010.

## CONCLUSION

In sum, Mr. Votrobek's involvement was limited to three months or less at solely one clinic, Jacksonville Pain. Mr. Votrobek did not knowingly conspire with any other person to perpetrate or scheme to distribute Oxycodone, or any other controlled substance. When Mr. Votrobek learned about the conduct that was occurring at Jacksonville Pain and Urgent Care, he terminated his relationship with all those associated with the clinic and no longer received any percentage of the profits made.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2013 I electronically filed the foregoing with the Clerk of the Court by using CM/ECF System which will send a notice of electronic filing to the following: Jay Taylor, Esquire, Assistant U.S. Attorney, United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202.

Respectfully Submitted,

Brook L. Butler, Esquire
Florida Bar No.: 025784
601 21st Street, Suite 300
Vero Beach, Florida 32960
Phone: 772-453-2820
Fax: 772-453-2822
Email: blblawyer4people@live.com