UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:11-cr-5(S2)-J-32JRK

JASON COLE VOTROBEK

## VERDICT

1. **Count One**

    As to the offense of conspiracy to dispense Oxycodone and Xanax not for a legitimate medical purpose or not in the usual course of professional practice, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(C) and 841(b)(2),

    We, the Jury, find the defendant,

    JASON COLE VOTROBEK:

    Not Guilty ____✓____     Guilty _____

    (If you found the defendant not guilty as to Count One, you are finished, and the foreperson should sign the verdict form on the following page. If you found the defendant guilty as to Count One, please answer Count Three on the following page.)

2. **Count Three**

As to the offense of conspiracy to engage in monetary transactions of a value greater than $10,000 in criminally derived property, such property having been derived from a conspiracy to dispense Oxycodone and Xanax, all in violation of Title 18, United States Code, Sections 1956(h) and 1957,

> We, the Jury, find the defendant,
>
> JASON COLE VOTROBEK:
>
> Not Guilty _____          Guilty _____

SO SAY WE ALL, this \_\_9\_\_ day April, 2013.

*[signature]*
FOREPERSON'S SIGNATURE

2